# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF INFORMATION THAT IS STORED AT PREMISES CONTROLLED BY GOOGLE LLC | No. 2:23-mc-294-KFW<br><br>**Filed Under Seal** |

## ORDER

The United States has submitted an application pursuant to 18 U.S.C. § 2705(b), requesting that the Court issue an Order commanding Google LLC, an electronic communication service provider and/or a remote computing service, not to notify any person (including the subscribers and customers of the account listed in the above-referenced search warrant, Dkt. No. 2:23-mj-268-KFW) of the existence of the search warrant until December 26, 2023.

The Court determines that there is reason to believe that notification of the existence of the search warrant will seriously jeopardize the investigation, including by giving the target an opportunity to destroy or tamper with evidence, change patterns of behavior, intimidate potential witnesses, or flee prosecution. *See* 18 U.S.C. § 2705(b).

IT IS THEREFORE ORDERED under 18 U.S.C. § 2705(b) that Google LLC shall not disclose the existence of the above-referenced search warrant, or this Order of the Court, to the listed subscriber or to any other person, until December 26, 2023, except that Google LLC may disclose the above-referenced search warrant to an attorney for Google LLC for the purpose of receiving legal advice.

IT IS FURTHER ORDERED that the application and this Order are sealed until December 26, 2023.

September 26, 2023
Date

_____
Judge's Signature

Karen Frink Wolf, U.S. Magistrate Judge
Printed name and title